UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

    Plaintiff,

v.

NATIONAL CONVENTION SERVICES, LLC,

    Defendant.

C18-245 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for extension, docket no. 6, is GRANTED, and the following deadlines are EXTENDED:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | May 11, 2018 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | May 25, 2018 |
| Combined Joint Status Report and Discovery Plan | May 25, 2018 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of April, 2018.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1