UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS,
INC.,

              Plaintiff,

    v.

NATIONAL CONVENTION
SERVICES, LLC,

              Defendant.

C18-245 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff's second motion for extension, docket no. 8, is GRANTED, and the following deadlines are EXTENDED:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | June 11, 2018 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | June 25, 2018 |
| Combined Joint Status Report and Discovery Plan | June 25, 2018 |

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of May, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1